873 A.2d 500

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. JAYSON
S. WILLIAMS, DEFENDANT–RESPONDENT.

April 8, 2005.

## ORDER

This matter having been duly presented to the Court, it is
ORDERED that the motion for leave to appeal is granted, and the
matter is summarily remanded to the Appellate Division to consider the appeal on the merits.